**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 08-cv-01071-CMA-KMT

BELLCO CREDIT UNION,

      Plaintiff,

v.

THE UNITED STATES OF AMERICA,

      Defendant.

---

### ORDER RESETTING FINAL TRIAL PREPARATION CONFERENCE

---

THIS MATTER comes before the Court *sua sponte.* The Trial date of August 31, 2009, at 8:30 a.m. and Trial Preparation Conference date of July 31, 2009, at 11:30 a.m. are VACATED and shall be re-set pursuant to this Court's Combined Practice Standards IV Trials (B) after the Final Pretrial Conference on June 19, 2009.

DATED: December 22, 2008.

BY THE COURT:

_____
Christine M. Arguello
United States District Judge