IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01071–CMA–KMT

BELLCO CREDIT UNION,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Stipulated Protective Order" (Doc. No. 32, filed February 18, 2009) is GRANTED.

Dated: February 20, 2009