IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01071–CMA–KMT

BELLCO CREDIT UNION,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's "MOTION to Withdraw Document re [#38] MOTION to Expedite MOTION to Compel" [Document #43, filed March 10, 2009] is **GRANTED.** Defendant's "MOTION to Expedite, Motion for Order to Compel Responses" [Document #38, filed February 23, 2009] is **WITHDRAWN** and is terminated.

Dated: March 11, 2009.