IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01071-CMA-KMT

BELLCO CREDIT UNION,

     Plaintiff,

v.

THE UNITED STATES OF AMERICA,

     Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

     The United States' Motion To Withdraw Expedited Motion To Compel (Doc. # 49) is GRANTED. Defendant's Expedited Motion To Compel (Doc. # 40) is deemed withdrawn.

     DATED: March 30, 2009