**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: LaDonne Bush      Date: August 28, 2009
Court Reporter: Darlene Martinez

---

Civil Action No. 08-cv-01071-CMA-KMT

*Parties:*                                                      *Counsel:*

BELLCO CREDIT UNION,                              Michael Conway
                                                                      Richard Riley
    Plaintiffs,                                           Anna Downes-Temple

v.

UNITED STATES OF AMERICA,                      Michael Pitman

    Defendant.

---

### COURTROOM MINUTES
---

Hearing on Cross-Motions for Summary Judgment

10:19 a.m.    Court in session.

Court's preliminary comments.

10:25 a.m.    Argument by Mr. Conway.

11:16 a.m.    Argument by Mr. Pitman.

11:58 a.m.    Further argument by Mr. Conway.

**ORDER:**    Plaintiff Bellco Credit Union's Motion for Summary Judgment (Doc. 62) and Government's Motion for Summary Judgment (Doc. 66) are taken under advisement.

**ORDER:**   With the consent of counsel, (1) United States's Motion to Unseal (Doc. 87) is granted, (2) the Government's Motion for Summary Judgment shall be unsealed, and (3) the Clerk shall make sure Exhibits C-1, C-2 and C-3 are substituted or otherwise removed and replaced with the replacement exhibits.

12:02 p.m.   Court in recess.

Hearing concluded.
Time: 01:43