**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01071-CMA-KMT

BELLCO CREDIT UNION,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER REGARDING MOTION TO UNSEAL**

---

This matter is before the Court on Defendant United States' Motion to Unseal (Doc. # 87). The United States moves the Court to unseal its Motion for Summary Judgment (Doc. # 66) and the Declaration of Shayla McCormally in Support of the United States' Motion for Summary Judgment and various exhibits thereto (Doc. # 67), except for originally-filed exhibits C-1, C-2, and C-3. The United States has submitted updated versions of exhibits C-1, C-2, and C-3 that are currently unsealed (Doc. # 86).

The Motion to Unseal is GRANTED. Accordingly, it is

ORDERED that the United States' Motion for Summary Judgment (Doc. # 66) is unsealed. It is

FURTHER ORDERED that the Declaration of Shayla McCormally in Support of the United States' Motion for Summary Judgment (Doc. # 67) and the attachments thereto, **excluding** Exhibit C-1 (Doc. # 67-6), Exhibit C-2 (Doc. # 67-7), and Exhibit C-3 (Doc. # 67-8), are unsealed. It is

FURTHER ORDERED that originally filed Exhibit C-1 (Doc. # 67-6), Exhibit C-2 (Doc. # 67-7), and Exhibit C-3 (Doc. # 67-8) shall remain under seal.

DATED:  August   28  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge