IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 8-cv-01071-CMA-KMT

BELLCO CREDIT UNION,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER REGARDING OFFICIAL PUBLICATION
OF COURT OPINIONS (DOC. ## 114 AND 150)**

---

This matter is before the Court on Plaintiff's Amended Motion that Court Officially Publish Its Opinions (Doc. # 170). The Motion is GRANTED to the extent that the Court will notify Westlaw that, for the reasons set forth in Plaintiff's motion, both of the requested orders should be considered for publication.

DATED: October __28__, 2010

                            BY THE COURT:

                            _____
                            CHRISTINE M. ARGUELLO
                            United States District Judge